77,653-44

Cause A-14-947

Thomas Poole
v.
State of Texas

Criminal Courts of Appeal
12308
Austin Texas 78711

＊
＊
＊

Writ of Mandamus

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

Respectfully Submitted
Thomas Poole
Pro se

Cause A-14,947

Thomas Poole
V.
State of Texas

Criminal Court of Appeals
P.O. Box 12308
Austin Texas 78711

✳
✳
✳

Writ          of          Mandamus

I Thomas Poole file this Second Writ of Mandamus, because these has been no Acknowledgement of the First Writ of Mandamus filed March 23, 2015. This Writ of Mandamus is to Compel the 173 District court to send Writ of Habeas Corpus on to said court above. By Appellate procedure 12.6 which should apply to filings as well as Mandates and Judgments. I the Applicant in Habeas Corpus 11.07 should have as right to have his Habeas Corpus send and read within time a lotted the Rules State.

Respectfully Submitted
Thomas Poole

## Prayer

Wherefore Premises Prays that said court will acknowledge Writ of Mandamus and will compel the 173rd court to send Writ of Habeas Corpus 11.07 to said court Above to be read and Ruled on within a reasonable amount of time.

## Certificate of Service

I Thomas Poole certify that the Information within this Writ of Mandamus this True and correct to the best of my Knowledge.

Respectfully Submitted

Thomas Poole

TDC# 1519076 Chase Field Trustie Camp
975 of STIE
Bee Texas 78102

Cause A-14-947

Thomas Poole                              Criminal Court of Appeals
        V.                                P.O. Box 12308
State of Texas                *           Austin Texas 78711

                              *

                              *

Writ          of          Mandamus


                                          Respectfully Submitted
                                          Thomas Poole
                                          _____
                                                    Pro se

Cause A-14-947

Thomas Poole

V.

State of Texas

*

*

*

*

Criminal Court of Appeals
P.O. Box 12308
Austin Texas 78711

Writ        of        Mandamus

I Thomas Poole file this Second Writ of Mandamus, because there has been no Acknowledgement of the First Writ of Mandamus filed March 23, 2015 This Writ of Mandamus is to compel the 123 District court to send me States Response to Habeas Corpus 11.07 Motion for States responce was filed Later Feduary there has been no States responce and no Acknowledgement of the First Writ of Mandamus. By the Appellate Rules 12.6 the Applicant is intitled to what the Clerk must file within said cause. As Applicant of Habeas Corpus I should be intitled to expect the courts to addide by the rules set by the Rules of the Court for the Court.

Respectfully Submitted
Thomas Poole

## Prayer

Wherefore Premises Prays that said court will acknowledge Writ of Mandamus and will compel the 173rd District Court to send the Applicant States response to Habeas Corpus 11.07 and that said court read and Rule on Writs in a Reasonable amount of time.

## Certificate of Service

I, Thomas Poole Certify that, the Information within this Writ of Mandamus this True and Correct to the best of my Knowledge.

Respectfully Submitted

Thomas Poole

TDC #1519076

Charise Field, Trustie Camp
975 OfSTIE
Bee Texas 78102